DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MUNTAZ R. MAJEED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-115

[June 11, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 16009711CF10A and 16004092CF10A.

Muntaz R. Majeed, Miramar, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***